SIEGFRIED SALOMON and Others, Copartners in Business under the Name

of Columbia Smelting and Refining Works, Respondents, v. Samuel Cutler and Others, Copartners in Business under the Name of Cutler Bros., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.